UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Victoria A. Steffen
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990 (Fax)

Attorney for Debtor (s)

Order Filed on April 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  Stanley J. Yasik IV

Case No.: __18-13437__

Chapter: __ABA__

Judge: __13__

## ORDER AUTHORIZING RETENTION OF

__DAGMER CHEW__

The relief set forth on the following page is **ORDERED**.

**DATED: April 9, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Dagmer Chew_____
as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Homestead Real Estate Co Inc
   502 Bank Street
   Cape May, NJ 08204-1406

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*