Certificate Number: 17572-NJ-DE-031074946

Bankruptcy Case Number: 18-13437



17572-NJ-DE-031074946

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 22, 2018</u>, at <u>4:53</u> o'clock <u>PM PDT</u>, <u>Stanley J Yasik IV</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>May 22, 2018</u>                    By:    <u>/s/Kelly Faulks</u>

                                           Name:  <u>Kelly Faulks</u>

                                           Title: <u>Counselor</u>