| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Ditech Financial LLC | Order Filed on May 31, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Stanley J. Yasik, IV,<br><br>Debtor. | Case No.: 18-13437 ABA<br>Adv. No.:<br>Hearing Date: 5/23/18 @ 9:00 a.m.<br><br>Judge: Andrew B. Altenburg Jr. |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 31, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:     Stanley J. Yasik IV
Case No.:   18-13437 ABA
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Bayview Loan Servicing, LLC, holder of a mortgage on real property located at 1518 Yacht Ave 104, Cape May, NJ, 08204, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Victoria A. Steffen, Esquire, attorney for Debtor, Stanley J. Yasik, IV, and for good cause having been shown;

    It **ORDERED, ADJUDGED and DECREED** that Debtor agrees to attempt to sell the subject property or pay off the subject mortgage loan by October 31, 2018; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor is to make adequate protection payments of $500.00 while the sale is pending directly to Secured Creditor outside the plan beginning June 1, 2018; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that these payments represent payment of the post-petition tax and insurance payments that become due; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the sale of the property is unsuccessful, Debtor shall modify the plan to address Secured Creditor's pre-petition and post-petition arrears, either by curing the arrears, surrendering the subject property, or in a manner otherwise permitted by the code; and

    It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any post-petition payments are not received within 30 days of the date on which they are due, or if the property is not sold by October 31, 2018, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating the property was not sold or the mortgage loan was not paid in full, and Debtors shall have fourteen days to respond; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.