# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Stanley J. Yasik IV | Case No.: 18-13437<br>Chapter: 13<br>Judge: ABA |

## NOTICE OF PROPOSED PRIVATE SALE

_____Stanley J. Yasik IV_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| **Address of the Clerk:** | United States Bankruptcy Court<br>District of NJ<br>401 Market Street<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___March 26, 2019___ at ___10___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, ___401 Market St, Camden, NJ 08101___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| **Description of property to be sold:** | 1520 Yacht Avenue, Unit 104<br>Cape May, NJ 08204 |

| | |
|---|---|
| **Proposed Purchaser:** | Samuel S. Stroud, Jr.<br>35 Ruth Circle, Malvern, PA  19355 |

| | |
|---|---|
| **Sale price:** | $372,500.00   Cash sale no mortgage contingency. |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| **Name of Professional:** | Dagmer  Chew, Homestead Realty Co, Inc. |
| **Amount to be paid:** | not to exceed $22,350 (adjusted between seller & buyer broker) |
| **Services rendered:** | Marketing and Sale of 1520 Yacht Avenue, Unit 104, Cape May, NJ 08204 |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: /S/ Victoria A. Steffen, Esq.

Address: 311 South Main Street, PO Box 627, Cape May Court House, NJ 08210

Telephone No.: 609-463-0611

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-13437-ABA
Stanley J. Yasik, IV                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Feb 26, 2019
                Form ID: pdf905    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.
```
db             +Stanley J. Yasik, IV,    1520 Yacht Ave #104,    Cape May, NJ 08204-5223
r               Dagmer Chew,    Homestead Real Estate Co Inc,    502 Bank Street,    Cape May, NJ  08204-1406
517345828      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX  79998-2235)
517499721      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517345829       Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
517346497       Bonnie Yasik,    1520 Yacht Ave,    #104,    Cape May, NJ 08204-5223
517345830       Devils Reach Marina Condo Assn,    PO Box 521,    Cape May, NJ  08204-0521
517345834       KML Law Group,    216 Haddon Ave # 406,    Westmont, NJ  08108-2812
517345837       State of New Jersey-Div of Taxation,    Bankruptcy Unit 50 Barrack St., 9th Fl,    PO Box 245,
                 Trenton, NJ  08695-0245
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2019 00:03:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2019 00:03:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517485729       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2019 00:06:56
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517345831       E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2019 00:03:19     Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD  57709-6154
517411112       E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2019 00:03:19
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517345832       E-mail/Text: fggbanko@fgny.com Feb 27 2019 00:02:47     Forster, Garbus & Garbus,    7 Banta Pl,
                 Hackensack, NJ  07601-5604
517345833       E-mail/Text: cio.bncmail@irs.gov Feb 27 2019 00:03:06     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
517345835       E-mail/Text: camanagement@mtb.com Feb 27 2019 00:03:22     M & T Bank,    PO Box 900,
                 Millsboro, DE  19966-0900
517426197      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2019 00:03:52     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517345836       E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2019 00:03:52     Midland Funding LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 26, 2019
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Victoria A. Steffen    on behalf of Debtor Stanley J. Yasik, IV vsteffen@verizon.net, G30369@notify.cincompass.com

                                                                                                                                      TOTAL: 6