Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for BSI Financial Services as servicer for
U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust
P: (212) 471-5100

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------X

|  |  |
|---|---|
| IN RE:<br><br>Stanley J. Yasik, IV<br><br><br><br><br><br>Debtor | CASE NO.: 18-13437<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>Andrew B. Altenburg Jr<br><br>HEARING DATE:<br>**March 26, 2019 at 10:00 a.m.** |

----------------------------------------------------------X

**LIMITED OPPOSITION TO DEBTOR'S
<u>MOTION SELL REAL PROPERTY</u>**

Jonathan Schwalb, an attorney admitted to practice before the United States Bankruptcy Court for the District of New Jersey, hereby affirms the following to be true under the penalty of perjury:

1. BSI Financial Services as servicer for U.S. Bank Trust National Association, Trustee of Cabana Series III Trust (hereinafter "U.S. Bank"), by and through its attorneys, Friedman Vartolo, LLP, submits this affirmation in response to the motion of Stanley J. Yasik, IV, (hereinafter "Debtor") dated February 24, 2019 (hereinafter "Motion"), seeking

to sell the real property located at 1518 Yacht Avenue 104, Cape May, New Jersey 08204 (hereinafter "Property").

2. The Debtor filed his chapter 13 bankruptcy petition on February 22, 2018.

3. U.S. Bank is a secured creditor and senior lien holder of the Debtor. This debt is evidenced by a proof of claim, filed on the Court's claims register as claim number 2-1 (hereinafter "Proof of Claim") which detailed a total debt at the time of filing in the amount of $234,178.28. A Transfer of Claim will be filed shortly.

4. The Debtor's Motion now seeks court approval to sell the Property for the sum of $372,500.00.

5. The Motion relies on the Proof of Claim total debt of $234,178.28 as the amount owed to U.S. Bank. This does not accurately reflect the current payoff figure and should not be relied upon at closing. Based upon information provided by U.S. Bank the current payoff amount is approximately $250,358.41.

6. U.S. Bank does not object to the sale of the Property however U.S. Bank submits this limited response, seeking assurance that any Order granting the Motion includes a provision which states that U.S. Bank will be paid in full on the closing date from a payoff which will be provided at closing.

7. U.S. Bank also requests that any Order granting the Motion confirm that U.S. Bank's Proof of Claim will no longer receive any payments from the chapter 13 trustee under the chapter 13 plan as the loan will be paid in full at closing.

WHEREFORE, U.S. Bank respectfully requests that the Debtor's motion be granted to the extent outlined above and for all other and further relief as is just and proper.

Dated:  March 19, 2019
       New York, New York

                                      FRIEDMAN VARTOLO LLP
                                      85 Broad Street Suite 501
                                      New York, New York 10004
                                      Attorneys for BSI Financial
                                      Services as servicer for
                                      U.S. Bank Trust National
                                      Association, as Trustee of
                                      Cabana Series III Trust
                                      P: (212) 471-5100

                                      By: /s/ Jonathan Schwalb
                                     Jonathan Schwalb, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X
:  CASE NO.: 18-13437
:
:  CHAPTER: 13
:
:  HON. JUDGE.:
IN RE:                                         :  Andrew B. Altenburg Jr
:
Stanley J. Yasik, IV                           :
:
:
:
:
:
---------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

      On March 19, 2019, I served a true copy of the annexed **AFFIRMATION IN RESPONSE TO DEBTORS MOTION SELL REAL PROPERTY** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

FRIEDMAN VARTOLO LLP
85 Broad Street Suite 501
New York, New York 10004
Attorneys for BSI Financial
Services as servicer for
U.S. Bank Trust National
Association, as Trustee of
Cabana Series III Trust
P: (212) 471-5100

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.

<u>**Service**</u>
<u>**List**</u>

Victoria A. Steffen, Esq
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210


Ditech Financial, LLC
Attn: Bankruptcy Dept
PO Box 6154
Rapid City, SD 57709

KML Law Group
216 Haddon Ave, Ste 406
Westmont, NJ 08018

Bonial & Associates, P.C.
PO Box 9013
Addison, TX 75001

Devils Reach Condominium Association
PO Box 521
Cape May, NJ 08204
Attn: Phil Cronin

Isabel C. Balboa
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002